# Fw: Lloyd Newton

Allison Drish <Allison.Drish@ble.texas.gov>
Fri 12/30/2022 8:47 AM
To: Nancy Arana <Nancy.Arana@ble.texas.gov>

Please upload for his file.

Cordially,



**Allison Drish**
**Director of Investigations**
**Texas Board of Law Examiners**
(She/Her/Hers)
PO Box 13486
Austin, Texas 78711-3486
[www.ble.texas.gov](www.ble.texas.gov)
Fax: 512.463.5300
Direct Line: 512.463.9476 (Voice mail only; I am working remotely.)

CONFIDENTIALITY NOTICE
The information in this email may be confidential or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank you.

---

**From:** [redacted]
**Sent:** Friday, December 2, 2022 8:30 AM
**To:** Allison Drish <Allison.Drish@ble.texas.gov>
**Subject:** RE: Lloyd Newton

Good morning,

Thank you very much for letting me know. If my letter will still be able to be used I would prefer that it remain anonymous. While I am sure he can deduce who wrote it; given the history I would feel better if he not know. However, if the anonymity greatly hinders your process, he can receive a copy if requested.

Have a good weekend,

[redacted]

**From:** Allison Drish <Allison.Drish@ble.texas.gov>
**Sent:** Thursday, December 1, 2022 11:36 AM
**To:** [redacted]
**Subject:** Lloyd Newton

You don't often get email from allison.drish@ble.texas.gov. [Learn why this is important](Learn why this is important)

thank you for the information you provided to us regarding Lloyd Newton. In Texas, applicants are entitled to receive copies of any materials in their file upon request, unless an individual requests that it remain anonymous. Mr. Newton has not requested a file copy, but I wanted to let you know of the policy.

Additionally, because we are not able to share information with third parties, I cannot provide you with any updates on any applicant, but will contact you if we need any further information.

Cordially,



**Allison Drish**
**Director of Investigations**
**Texas Board of Law Examiners**
(She/Her/Hers)
P.O. Box 13486
Austin, Texas 78711 3486
www.ble.texas.gov
Fax  512 463 5300
Direct Line: 512.463.9476 (Voice mail only; I am working remotely.)

CONFIDENTIALITY NOTICE
The information in this email may be confidential or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Thank you.