IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. LLOYD ALFRED NEWTON,          §
                                  §
            *Plaintiff,*           §          5-24-CV-00758-OLG-RBF
                                  §
vs.                               §
                                  §
ERIN S BECKER,                    §
                                  §
            *Defendant.*           §
                                  §
                                  §
                                  §

**ORDER SETTING STATUS CONFERENCE**

Before the Court is Defendant Becker's Motion Requesting Status Conference. Dkt. No. 28. The District Judge referred this matter for resolution of certain pretrial matters, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. No. 5. Authority to enter this Order stems from 28 U.S.C. § 636(b).

After a lengthy stay and administrative closure, the Court reopened the case for the purpose of a limited discovery period into matters touching on the statute of limitations. Dkt. No. 26. That Order provided that "Upon completion of this limited discovery, Defendant shall file a motion with the Court requesting a status conference. The Court will then set a status conference to discuss next steps, which may involve briefing on the issue of limitation." *Id*. at 7-8. Defendant now moves the Court to set the contemplated status conference, after having completed the limited discovery required by that Order.  Dkt. No. 28.

**IT IS THEREFORE ORDERED** that this case is set for a status conference at **10:30am CST** on **April 17, 2026**. All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

The parties must check in with the Courtroom Deputy no later than 5 minutes before the start of the hearing.

**IT IS SO ORDERED.**

**SIGNED** this 9th day of March, 2026.

_____

**RICHARD B.  FARRER**
**UNITED STATES MAGISTRATE JUDGE**