IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. LLOYD ALFRED NEWTON, | § | |
| *Plaintiff,* | § | 5-24-CV-00758-OLG-RBF |
| vs. | § | |
| ERIN S BECKER, | § | |
| *Defendant.* | § | |

## ORDER RESETTING STATUS CONFERENCE

Before the Court is the status of this case. The District Judge referred this matter for resolution of certain pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. No. 5. Authority to enter this Order stems from 28 U.S.C. § 636(b).

This case is currently set for a status conference at 10:30am CST on April 17, 2026. Due to unforeseen scheduling conflicts, the conference will need to be rescheduled. Accordingly,

**IT IS ORDERED** that this case is reset for a status conference at **1:30pm CST** on **April 20, 2026**. All parties are required to appear by Zoom for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

The parties must check in with the Courtroom Deputy no later than 5 minutes before the start of the hearing.

**IT IS SO ORDERED.**

**SIGNED** this 13th day in April, 2026.

_____
**RICHARD B.  FARRER**
**UNITED STATES MAGISTRATE JUDGE**