**FILED**

July 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ ac _____
                                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DR. LLOYD ALFRED NEWTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-24-CV-758-OLG** |
| | § | |
| **ERIN S. BECKER,** | § | |
| | § | |
| **Defendant.** | § | |

## O R D E R

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 34), filed on June 18, 2026, concerning Defendant's Motion to Dismiss (Dkt. No. 11). In the Report, Judge Farrer recommends that the Motion to Dismiss be granted. No party filed objections to the Recommendation.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); *see also* FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After reviewing the Report, the Court concludes that it is correct. Accordingly, the Report (Dkt. No. 34) is **ACCEPTED** and, for the reasons set forth therein, the Motion to Dismiss (Dkt. No. 11) is **GRANTED** such that any claims asserted by Plaintiff herein are **DISMISSED**.

This case is **CLOSED.**

**IT IS SO ORDERED.**

**SIGNED** on July _____, 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE